# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0808.  BOBBIE VAUGHN v. WELLS FARGO BANK, N. A.**

We granted this application for interlocutory appeal to consider the trial court's orders compelling arbitration and denying in part appellant Bobbie Vaughn's motion for reconsideration. After further consideration, including Vaughn's arguments in support of her appeal, we now dismiss the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  08/09/2017*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*